DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMONIQUE SHARAD ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-855

[January 28, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312012CF001548A.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed. *See Barfield v. State*, 871 So. 2d 929 (Fla. 5th DCA 2004).

WARNER, GROSS and CIKLIN, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***